# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

| | |
|---|---|
| STEFAN WILLIAMS, | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | )   5:22cv028 |
| v. | )   5:17cr005-15 |
| | ) |
| USA, | ) |
| | ) |
| Respondent/Appellee. | ) |

## ORDER

Petitioner's motion for a certificate of appealability having been denied and motion for leave to proceed *in forma pauperis* having been denied as moot by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 10 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA